ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney
California State Bar No. 116429
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    robert.lester@usdoj.gov

JS-6

Attorneys for Third-Party Witness
ATF Deputy Director Kenneth E. Melson

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEFINA MARTHA BARRAGAN,<br><br>    Defendant.<br>_____<br><br>DEPUTY DIRECTOR KENNETH E. MELSON, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Third-Party Witness.<br>_____ | CV10-7593 JFW(CWx)<br>**ORDER REMANDING ACTION TO STATE COURT** |

    Pursuant to stipulation, IT IS HEREBY ORDERED that the action is remanded forthwith to the Los Angeles County Superior Court.

DATED:  Oct. 25, 2010.

_____
UNITED STATES DISTRICT JUDGE